# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE WEST,<br><br>　　　Plaintiff,<br><br>v.<br><br>JEFF TINDALE, *et al.*,<br><br>　　　Defendants. | Case No.: 2:25-cv-00165-NJK<br><br>**Order**<br><br>[Docket No. 19] |

Pending before the Court is Defendant Jeff Tindale, Defendant ELS, LLC, and Defendant Transport Capital Group, LLC's amended certificate of interested parties which seeks an extension to file a second amended certificate of interested parties, Docket No. 19, which is **GRANTED**.

Accordingly, Defendants' deadline to file is extended to March 7, 2025.

IT IS SO ORDERED.

Dated: February 27, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge