Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Mark Rouse, Esq.
Nevada Bar No. 12273
markr@lawofficecorena.com
LAW OFFICE OF GINA M. CORENA
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 987-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLYDE WEST, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF TINDALE, individually, ELS, LLC, a North Carolina Limited Liability Company; TRANSPORT CAPITAL GROUP, LLC, an Ohio Limited Liability Company; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; GALLAGHER BASSETT SERVICES, INC., a Delaware corporation; DOES I through X; and ROE BUSINESS ENTITIES, XI through XX,<br><br>Defendants. | CASE NO.: 2:25-CV-00165-NJK<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |
| JEFF TINDALE; ELS, LLC; TRANSPORT CAPITAL GROUP, LLC,<br><br>Third Party Plaintiffs,<br>vs.<br><br>SADIE HAKELA GUTHRIE,<br><br>Third Party Defendant. | |

## JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

Plaintiff, Clyde West, by and through his attorney, **Mark A. Rouse,** of **GINA CORENA & ASSOCIATES**; Defendants/Third-Party Plaintiffs, Jeff Tindale, ELS, LLC, Transport Capital Group, LLC, by and through their attorney, **Amanda A. Ebert**, of **MCCORMICK BARSTOW, LLP**; Defendants, Old Republic Insurance Company and Gallagher Bassett Services, Inc., by and through their attorney, **Andrew R. Muehlbauer** of **MUEHLBAUER LAW OFFICE**; and Third-Party Defendant, Sabrina Hakela Gutherie, by and through her attorney, **Kevin P. King**, of **RAY LEGO & ASSOCIATES**, hereby submit this Joint Proposed Discovery Plan and Scheduling Order.

**Meeting and Conference:** The parties conducted their conference on February 14, 2025, and there were no discovery disputes at that time.

**Initial Disclosures:** The parties will serve their respective initial disclosure statements on or before February 28, 2025.

The parties propose the following discovery plan.

1. **Discovery Cut-Off Date**: July 14, 2025 (180 days from the date of the first defendant's answer or the date of removal).

2. **Amended Pleadings and Adding Parties:** April 15, 2025 (ninety days before the close of discovery).

3. **Expert Disclosures**

   a. **Initial Expert Disclosures:** May 15, 2025 (60 days before discovery cutoff).

   b. **Rebuttal Expert Disclosures:** June 16, 2025 (30 days before discovery cutoff).

4. **Dispositive Motions:** August 13, 2025 (30 days after the discovery cutoff date).

5. **Joint Pretrial Order:** September 12, 2025 (30 days after the dispositive motion

deadline). If dispositive motions are filed, the joint pretrial order shall be due 30 days after the court issues its ruling on the last dispositive motion).

6. **Extensions:** The parties reserve the right to seek extensions by stipulation or motion no later than 21 days before the subject deadline pursuant to LR 26-3.

7. **Alternative Dispute Resolution:** The parties have discussed the possibility of alternative dispute resolution and agree that mediation or a settlement conference may be appropriate after the close of discovery.

8. **Electronically Stored Information (ESI):** The parties agree to produce ESI in [PDF/native] format and will meet and confer regarding any disputes.

9. **Protective Order:** The parties will submit a stipulated protective order if necessary to govern confidential information.

10. **Limitations on Discovery:** The parties do not propose any limitations on discovery beyond those in the Federal Rules of Civil Procedure and Local Rules.

11. **Consent to Service via Electronic Means.** Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the Parties and their respective counsel hereby consent to electronic means of service of discovery requests and responses and other papers. To the extent discovery requests are served on a Saturday, Sunday, or legal holiday, service will be deemed effective on the next day that is not a Saturday, Sunday, or legal holiday. The following Emails should be included at all times:

    a. **Plaintiff:** kellie@lawofficecorena.com and markr@lawofficecorena.com

    b. **Defendants/Third-Party Plaintiffs, Jeff Tindale, ELS, LLC, Transport Capital Group, LLC**: amanda.ebert@mccormickbarstow.com, maria.walters@mccormickbarstow.com,

renee.maxfield@mccormickbarstow.com,

cheryl.schneider@mccormickbarstow.com, and

susan.kingsbury@mccormickbarstow.com

   c. **Defendants, Old Republic Insurance Company and Gallagher Bassett Services, Inc.:** andrew@mlolegal.com, sean@mlolegal.com, witty@mlolegal.com, and sean@mlolegal.com

   d. **Third-Party Defendant, Sabrina Hakela Gutherie:** kking13@travelers.com and NBerry@Travelers.com

| | |
|---|---|
| **DATED** February 25, 2025<br>**GINA CORENA & ASSOCIATES**<br><br>*/s/ Mark. A. Rouse*<br>**Gina M. Corena, Esq.**<br>Nevada Bar No. 10330<br>**Mark A. Rouse, Esq.**<br>Nevada Bar No.12273<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | **DATED** February 25, 2025<br>**McCormick, Barstow, Sheppard, Wayte & Carruth LLP**<br>*/s/ Amanda A. Ebert*<br>**Amanda A. Ebert, Esq.**<br>Nevada Bar No. 12731<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>*Attorneys for Defendants/Third-Party Plaintiffs, Jeff Tindale, ELS. LLC, and Transport Capital Group, LLC* |
| **DATED** February 25, 2025<br>**Muehlbauer Law Office, Ltd.**<br>*/s/ Andrew R. Muehlbauer*<br>**Andrew R. Muehlbauer, Esq.**<br>Nevada Bar No. 10161<br>7915 West Sahara Ave., Suite 104<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendants Old Republic Insurance Company and Gallagher Bassett Services, Inc.* | **DATED** February 25, 2025<br>**Ray Lego & Associates**<br>*/s/Kevin P. King*<br>**Kevin P. King, Esq.**<br>Nevada Bar No. 7405<br>7450 Arroyo Crossing Pkwy., Suite 250<br>Las Vegas, NV 89113<br>*Attorneys for Third-Party Defendant Sadie Hakela Guthrie* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: **February 27, 2025**