**STIP**
KEVIN KING, ESQ.
Nevada Bar No. 7405
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel: (702) 479-4350
Fax: (702) 270-4602
kking13@travelers.com

Attorney for Third-Party Defendant,
**SADIE HAKELA GUTHRIE**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE WEST, individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEFF TINDALE, individually; ELS, LLC, a North Carolina Limited Liability Company; TRANSPORT CAPITAL GROUP, LLC, an Ohio Limited Liability Company; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation; GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX,<br><br>　　　　　　　Defendants. | CASE NO.: 2:25-cv-00165-NJK<br><br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THIRD-PARTY DEFENDANT SADIE HAKELA GUITHRIE'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** |
| JEFF TINDALE, individually; ELS, LLC; and TRANSPORT CAPITAL GROUP, LLC,<br><br>　　　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>SADIE HAKELA GUTHRIE,<br><br>　　　　　　　Third-Party Defendant. | |

　　　　Plaintiff, CLYDE WEST, appearing by and through his attorney of record, MARK ROUSE, ESQ., of LAW OFFICE OF GENA M. CORENA, Defendants, OLD REPUBLIC INSURANCE COMPANY and GALLAGHER BASSETT SERVICES, INC., appearing by and

1

through their attorney of record, ANDREW MUEHLBAUER, ESQ., of MUEHLBAUER LAW OFFICE, LTD., Defendants/Third-Party Plaintiffs, JEFF TINDALE, ELS, LLC, and TRANSPORT CAPITAL GROUP, appearing by and through their attorneys of record, RENEE MAXFIELD, ESQ. and AMANDA EBERT, ESQ., of MCCORMICK, BARSTOW, SHEPHERD, WATYE & CARRUTH, LLP, and Third-Party Defendant, SADIE HAKELA GUTHRIE, hereby present the following agreements and stipulations to this Honorable Court for its consideration.

WHEREAS, Third-Party Defendant, SADIE HAKELA GUTHRIE, filed a Motion for Good-Faith Settlement Determination Pursuant to NRS §17.245 and Dismissal of Third-Party Claim with Prejudice on or about February 26, 2025 (Document 17).

IT IS HEREBY STIPULATED that counsel for the parties have discussed and agreed that, since counsel for Third-Party Defendant, SADIE HAKELA GUTHRIE, was in trial last week, an extension of time in which to file a Reply in support of the Motion for Good-Faith Settlement Determination Pursuant to NRS §17.245 and Dismissal of Third-Party Claim with Prejudice is in order.

IT IS FURTHER STIPULATED that the Reply in support of the Motion for Good-Faith Settlement Determination Pursuant to NRS §17.245 and Dismissal of Third-Party Claim with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

Prejudice and that Third-Party Defendant, SADIE HAKELA GUTHRIE, shall file her Reply on or before Friday, March 28, 2025.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this 26th day of March, 2025. | DATED this 26th day of March, 2025. |
| RAY LEGO & ASSOCIATES | LAW OFFICE OF GENA M. CORENA |
| /s/ *Kevin King* | /s/    *Mark Rouse* |
| _____ | _____ |
| KEVIN KING, ESQ.<br>Nevada Bar No. 7405<br>7450 Arroyo Crossing Parkway, Suite 250<br>Las Vegas, Nevada 89113 | MARK ROUSE, ESQ.<br>Nevada Bar No. 12273<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101 |
| Attorney for Third-Party Defendant,<br>**SADIE HAKELA GUTHRIE** | Attorney for Plaintiff,<br>**CLYDE WEST** |
| DATED this 26th day of March, 2025. | DATED this 26th day of March, 2025. |
| MUEHLBAUER LAW OFFICE, LTD. | MCCORMICK, BARSTOW, SHEPHERD WAYTE & CARRUTH |
| /s/  *Andrew Muehlbauer* | /s/    *Renee Maxfield* |
| _____ | _____ |
| ANDREW MUEHLBAUER, ESQ.<br>Nevada Bar No. 10161<br>7915 W. Sahara Avenue, Suite 104<br>Las Vegas, Nevada 8917<br>Attorney for Defendants,<br>Las Vegas, Nevada 89113 | RENEE MAXFIELD, ESQ.<br>Nevada Bar No. 12814<br>Amanda Ebert, Esq.<br>Nevada Bar No. 12731<br>8337 W. Sunset Road, Suite 350 |
| Attorney for Defendants,<br>**OLD REPUBLIC INSURANCE COMPANY and GALLAGHER BASSETT SERVICES, INC.** | Attorneys of Record for Defendants/Third Party Plaintiffs,<br>**JEFF TINDALE, ELS, LLC, and TRANSPORT CAPITAL GROUP, LLC** |

The reply was due by March 19, 2025.  See Docket No. 24.  As a one-time courtesy, the Court will grant the extension.  Any future requests for extensions must be filed before the expiration of the subject deadline.

IT IS SO ORDERED.
Dated: March 27, 2025

Nancy J. Koppe
United States Magistrate Judge

3