# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE WEST,<br><br>  Plaintiff,<br><br>v.<br><br>JEFF TINDALE, *et al.*,<br><br>  Defendants. | Case No. 2:25-cv-00165-NJK<br><br>**Order**<br>[Docket Nos. 17, 27] |

Pending before the Court is Defendant Sadie Hakela Guthrie's motion to dismiss. Docket No. 17. Defendant also filed a reply to the response to her motion, but it was incorrectly docketed as a second motion to dismiss. Docket No. 27. On April 2, 2025, the parties filed a notice of settlement. Docket No. 28.

In light of the notice of settlement, the Court **DENIES** Defendant's motions without prejudice. Docket Nos. 17, 27. The parties are **ORDERED** to file their stipulation to dismiss by May 2, 2025.

IT IS SO ORDERED.

Dated: April 7, 2025

Nancy J. Koppe
United States Magistrate Judge

1