UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE WEST,<br>    Plaintiff,<br>v.<br>JEFF TINDALE, *et al*.,<br>    Defendants. | Case No. 2:25-cv-00165-NJK<br>**Order**<br>[Docket No. 30] |

Pending before the Court is the parties' stipulation for dismissal of all claims with prejudice. Docket No. 30. The parties submit that their "respective settlements with one another were entered into as a result of good-faith, arms-length settlement negotiations and, therefore, constitute good-faith settlements as contemplated by Chapter 17 of the Nevada Revised States, including NRS § 17.245." *Id*. at 3.

However, under Nevada law, the determination of whether a settlement is entered in "good faith" under NRS § 17.245 is "left to the discretion of the trial court based upon all relevant facts available." *Goodrich v. GRG Enters., LLC,* No. 2:20-cv-671-JCM-NJK, 2021 WL 537241, at *1 (D. Nev. Jan. 11, 2021) (internal citation omitted). The factors discussed in *In re MGM Grand Hotel Fire Litigation*, 570 F. Supp. 913, 927 (D. Nev. 1983), may be among the relevant facts a court may choose to consider in the exercise of its "considerable discretion." *Id*. Such factors include "the amount paid in settlement, the allocation of the settlement proceeds among plaintiffs, the insurance policy limits of settling defendants, the financial condition of settling defendants, and the existence of collusion, fraud or tortious conduct aimed to injure the interests of non-settling defendants." *In re MGM*, 570 F. Supp. at 927 (citing *Commercial Union Ins. Co. v. Ford Motor Co.*, 640 F.2d 210 (9th Cir. 1981)).

Here, the parties fail to provide facts that the Court could use to determine whether the settlement is entered in "good faith" under NRS § 17.245. *See* Docket No. 30. Accordingly, the parties' stipulation is **DENIED** without prejudice. Docket No. 30. The parties must file a request for determination of good faith settlement addressing the relevant standard, no later than May 27, 2025.

IT IS SO ORDERED.

Dated: May 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge