KEVIN KING, ESQ.
Nevada Bar No. 7405
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel: (702) 479-4350
Fax: (702) 270-4602
kking13@travelers.com

Attorney for Third-Party Defendant,
**SADIE HAKELA GUTHRIE**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLYDE WEST, individually, | CASE NO.: 2:25-cv-00165-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| JEFF TINDALE, individually; ELS, LLC, a North Carolina Limited Liability Company; TRANSPORT CAPITAL GROUP, LLC, an Ohio Limited Liability Company; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation; GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, | |
| Defendants. | |
| JEFF TINDALE, individually; ELS, LLC; and TRANSPORT CAPITAL GROUP, LLC, | |
| Third-Party Plaintiffs, | |
| vs. | |
| SADIE HAKELA GUTHRIE, | |
| Third-Party Defendant. | |

  Plaintiff, CLYDE WEST, appearing by and through his attorney of record, MARK ROUSE, ESQ., of LAW OFFICE OF GENA M. CORENA, Defendants, OLD REPUBLIC INSURANCE COMPANY and GALLAGHER BASSETT SERVICES, INC., appearing by and

1

through their attorney of record, ANDREW MUEHLBAUER, ESQ., of MUEHLBAUER LAW OFFICE, LTD., Defendants/Third-Party Plaintiffs, JEFF TINDALE, ELS, LLC, and TRANSPORT CAPITAL GROUP, appearing by and through their attorneys of record, RENEE MAXFIELD, ESQ. and AMANDA EBERT, ESQ., of MCCORMICK, BARSTOW, SHEPHERD, WAYTE & CARRUTH, LLP, and Third-Party Defendant, SADIE HAKELA GUTHRIE, appearing by and through her attorney of record, KEVIN P. KING, ESQ., of RAY LEGO & ASSOCIATES, hereby present the following agreements and stipulations for this Honorable Court's consideration and approval:

WHEREAS the parties have fully and finally settled all of their respective claims against each other in this litigation specifically including those for indemnity or contribution.

WHEREAS the parties agree to dismiss each and every one of their claims against each other, with each party bearing their own attorney fees and costs of suit.

WHEREAS the parties intend to effectuate and full and final resolution of any and all claims and litigation between them in connection with the January 30, 2023 car accident.

Given the foregoing, the parties hereby STIPULATE as follows:

IT IS HEREBY STIPULATED that Plaintiff, CLYDE WEST, has fully and finally settled all of his claims in connection with the January 30, 2023 car accident against Third-Party Defendant, SADIE GUTHRIE, Defendants, OLD REPUBLIC INSURANCE COMPANY and GALLAGHER BASSETT SERVICES INC., and Defendants/Third-Party Plaintiffs, JEFF TINDALE, ELS, LLC, and TRANSPORT CAPITAL GROUP, LLC, such that there no longer exist any unresolved claims between them, specifically including those for indemnity or contribution.

IT IS FURTHER STIPULATED that the parties hereby agree to dismiss each and every one of their claims against one another with prejudice, with each party bearing their own

attorney fees and costs of suit.

**IT IS SO STIPULATED**.

DATED this 27th day of May, 2025.             DATED this 27th day of May, 2025.

RAY LEGO & ASSOCIATES                          LAW OFFICE OF GENA M. CORENA

/s/ *Kevin King*                               /s/     *Mark Rouse*
_____                _____
KEVIN KING, ESQ.                               MARK ROUSE, ESQ.
Nevada Bar No. 7405                            Nevada Bar No. 12273
7450 Arroyo Crossing Parkway, Suite 250        300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89113                        Las Vegas, Nevada 89101
Attorney for Third-Party Defendant,            Attorney for Plaintiff,
**SADIE HAKELA GUTHRIE**                       **CLYDE WEST**

DATED this 27th day of May, 2025.              DATED this 27th day of May, 2025.

MUEHLBAUER LAW OFFICE, LTD.                    MCCORMICK, BARSTOW, SHEPHERD
                                               WAYTE & CARRUTH

/s/ *Andrew Muehlbauer*                        /s/     *Renee Maxfield*
_____                _____
ANDREW MUEHLBAUER, ESQ.                        RENEE MAXFIELD, ESQ.
Nevada Bar No. 10161                           Nevada Bar No. 12814
7915 W. Sahara Avenue, Suite 104               Amanda Ebert, Esq.
Las Vegas, Nevada 89117                        Nevada Bar No. 12731
Attorney for Defendants,                       8337 W. Sunset Road, Suite 350
**OLD REPUBLIC INSURANCE**                     Attorneys for Defendants / Third
**COMPANY AND GALLAGHER**                      Party Plaintiffs,
**BASSETT SERVICES, INC.**                     **JEFF TINDALE, ELS, LLC, and**
                                               **TRANSPORT CAPITAL GROUP, LLC**

The Clerk's Office is INSTRUCTED to close this case.

IT IS SO ORDERED.                              _____
Dated: May 28, 2025                            Nancy J. Koppe
                                               United States Magistrate Judge

3